**Order entered November 1, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00831-CV

## MERITAGE HOMES OF TEXAS, L.L.C. D/B/A MONTEREY HOMES, Appellant

### V.

## JU-AN RUAN, ET AL., Appellees

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-10-00490**

## ORDER

We **GRANT** appellees' October 30, 2013 unopposed second motion for an extension of time to file a brief. Appellees shall file their brief on or before December 2, 2013. We caution appellees that no further extension of time will be granted absent extraordinary circumstances.

/s/  DAVID LEWIS
    JUSTICE